UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK A. MITCHELL, | No.  2: 13-cv-2055 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. LINGGI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction of the undersigned.

On March 10, 2014, the court dismissed plaintiff's complaint with thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an amended complaint or otherwise respond to the March 10, 2014 order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file an amended complaint; this action will be dismissed if plaintiff fails to respond to this order.

Dated:  April 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mitch2055.ord

1