1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DERRICK A. MITCHELL,                         No.  2:  13-cv-2055 KJN P

12                  Plaintiff,

13           v.                                     ORDER

14    M. LINGGI, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned.  (ECF No. 4.)

19          By order filed March 10, 2014, plaintiff's complaint was dismissed and thirty days leave

20    to file an amended complaint was granted.  (ECF No. 18.)  Thirty days passed and plaintiff did

21    not file an amended complaint or otherwise respond to the March 10, 2014 order.  Accordingly,

22    on April 18, 2014, the court granted plaintiff fourteen days to show cause why this action should

23    not be dismissed for his failure to file an amended complaint.  (ECF No. 19.)  In the April 18,

24    2014 order, the court warned plaintiff that failing to respond to the order would result in dismissal

25    of this action.  (Id.)

26          Fourteen days passed and plaintiff did not respond to the April 18, 2014 order to show

27    cause.

28    ////

                                                    1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   See Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated:  May 14, 2014

4

5   Mitch2055.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28